447 A.2d 1381

**Tanya Marie WILSON, Vera Ward, Bonnie Sue Gates and Vickie Edwards, Petitioners,**

**v.**

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

July 6, 1982.

### ORDER

PER CURIAM:

Petition for allowance of appeal granted. Convictions for violation of 18 Pa.C.S. § 5902 vacated and judgments of sentence affirmed, Pa.Super., 442 A.2d 760.